## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 73 EM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MALIK DIGGS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of December, 2020, the "Application for Leave to File *Nunc Pro Tunc* Petition for Allowance of Appeal," which seeks both reinstatement of Petitioner's right to file a Petition for Allowance of Appeal and appointment of new appellate counsel, is GRANTED. This matter is REMANDED to the Court of Common Pleas of Philadelphia County for it to appoint a new attorney to represent Petitioner on allocatur review. The Court of Common Pleas of Philadelphia County is ORDERED to enter its order regarding this remand within 21 days and to notify this Court promptly of the entry of that order.

     The Prothonotary is DIRECTED to serve this Court's order on the President Judge of the Court of Common Pleas of Philadelphia County.